199 So.2d 913

**HOME BUILDING MATERIALS, INC.**

v.

**Eula CAMPBELL.**

No. 48745.

June 5, 1967.

In re: Home Building Materials, Inc., applying for writs of certiorari, prohibition and mandamus.

Writ refused. The judgment complained of is correct

199 So.2d 913

**Walter Lee RHODES**

v.

**Wingate WHITE, Warden, Louisiana State Penitentiary.**

No. 48746.

June 5, 1967.

In re: Walter Lee Rhodes applying for writ of habeas corpus.

The application is denied. The showing made by applicant does not warrant the exercise of this Court's supervisory jurisdiction.